

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00054-CR

---

RANDY WAYNE TUCKER                                    APPELLANT

V.

THE STATE OF TEXAS                                         STATE

----------

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY
TRIAL COURT NO. 13-00410

----------

## MEMORANDUM OPINION[1]

----------

On February 5, 2015, Randy Wayne Tucker mailed a notice of appeal from his October 22, 2014 conviction to the Cooke County District Clerk, who filed it on February 12, 2015.  Although we have notified appellant of our concern that we lack jurisdiction over the appeal because the notice of appeal was not timely

---

[1]See Tex. R. App. P. 47.4.

filed, we have not received a response from appellant or his appointed counsel.[2]

*See* Tex. R. App. P. 25.2(b), 26.2(a)(1), 44.3.   Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 16, 2015

---

[2]The Cooke County District Clerk has forwarded this court a copy of an 11.07 application for writ of habeas corpus seeking an out of time appeal that was filed by appointed counsel.  *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2014).  That application is pending in the trial court.